THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TA'MON L. CALLIHAN,<br><br>                      Plaintiff,<br><br>          v.<br><br>STEVEN FRYE,<br><br>                      Defendant. | CASE NO. C13-1329-JCC<br><br>ORDER |

The Court, having reviewed the Complaint (Dkt. No. 5) and the amendments to the Complaint (Dkt. No. 9); the Report and Recommendation of the Honorable Brian Tsuchida, United States Magistrate Judge, to which there were no objections; and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation. (Dkt. No. 8.)

(2) This 42 U.S.C. § 1983 action is DISMISSED with prejudice.

(3) The Clerk is respectfully directed to send copies of this Order to Plaintiff and to Magistrate Judge Tsuchida.

//

//

//

1   DATED this 7th day of November 2013.

2

3

4

5

6

7   John C. Coughenour
    UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2